**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Rajesh K Raju | ) | Chapter 13 |
| | ) | Case No. 19 B 28077 |
| Debtor(s) | ) | Judge Timothy A Barnes |

**Notice of Motion and Certificate of Service**

Rajesh K Raju
8901 Washington St. Unit B
Niles, IL  60714

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On February 23, 2023 at  9:00 am, I will appear before the Honorable Timothy A Barnes, or any judge sitting in that judge's place, either in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 744, Chicago, IL  60604 or electronically as described below, and present this motion, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

I certify under penalty of perjury that this office caused a copy of this notice and the attached motion to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, February 10, 2023.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:  Rajesh K Raju            )   Chapter 13
                                 )   Case No. 19 B 28077
     Debtor(s)                   )   Judge Timothy A Barnes

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On October 03, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 19, 2019, for a term of 60 months with payments of $750.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 40 | $30,000.00 | $26,600.00 | $3,400.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/09/2023
Due Each Month: $750.00
Next Pymt Due: 03/02/2023

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 12/07/2021 | 8132174000 | $750.00 | 01/10/2022 | 8198055000 | $750.00 |
| 02/02/2022 | 8252147000 | $750.00 | 03/03/2022 | 8317424000 | $750.00 |
| 04/08/2022 | 8391952000 | $750.00 | 05/04/2022 | 8447695000 | $750.00 |
| 06/06/2022 | 8509114000 | $750.00 | 07/08/2022 | 8578304000 | $750.00 |
| 08/05/2022 | 8634096000 | $750.00 | 09/05/2022 | 8687819000 | $750.00 |
| 10/10/2022 | 8758592000 | $750.00 | 12/06/2022 | 8868970000 | $750.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300