UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   19-28077
Rajesh K Raju   )
)
)   Chapter:  13
)
)   Honorable Timothy Barnes
)
)
Debtor(s)   )

**Order Dismissing Case for Failure To Make Plan Payments**

The Court having heard the facts finds that the Debtor is in material default.

IT IS HEREBY ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307[c][6].

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 23, 2023

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300